UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-02751-TPB-AEP

HOWARD COHAN,

    Plaintiff,

vs.

COLUMBIA HOSPITALITY, INC.
a Foreign Profit Corporation
d/b/a HAMPTON INN & SUITES
LAKELAND-SOUTH POLK PARKWAY

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, ("Plaintiff") by and through the undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a Notice of Voluntary Dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 20, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

Email: greg@sconzolawoffice.com
Email: mcniff@sconzolawoffice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defense Counsel, Vinay Sharma, Esq., via email at: vinay.sharma.legal@gmail.com.

  /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**